IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC L. MILLER,<br><br>Plaintiff,<br><br>-against-<br><br>DEF JAM RECORDINGS, ISLAND RECORDS, THE ISLAND DEF JAM MUSIC GROUP, ROCK THE WORLD, LLC, UNIVERSAL MUSIC GROUP, INC., UMG RECORDINGS, INC., and UNIVERSAL MUSIC INVESTMENTS, INC.,<br><br>Defendants. | No. 19-cv-2262<br><br>Judge John Robert Blakey |

**DEFENDANT UMG'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant UMG Recordings, Inc. ("UMG" or "Defendant"), by and through its undersigned counsel, moves to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) in its entirety, with prejudice, and to strike Plaintiff's request for attorneys' fees and punitive damages pursuant to Fed. R. Civ. P. 12(f). In support of this motion (the "Motion"), UMG states:

1. On or about December 31, 2018, Plaintiff Eric L. Miller ("Miller" or "Plaintiff"), appearing *pro se*, filed a Complaint and demand for jury trial against "Def Jam Recordings," "Island Records" and "Universal Music Group" in the Circuit Court of Cook County, Illinois, County Department, Law Division, as Case No. 2018 L 014001.

2. On April 3, 2019, this action was removed from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois. (Dkt. No. 1.) On May 20, 2019, UMG moved to dismiss the Complaint in its entirety. (Dkt. No. 18-19, 24.)

3. On July 9, 2019, Plaintiff retained counsel, who subsequently appeared in this action and moved for leave to amend the Complaint on July 10, 2019. Leave to amend the Complaint was granted on July 11, 2019. (Dkt. Nos. 29, 31.)

4. On August 14, 2019, Plaintiff filed the First Amended Complaint on UMG. (Dkt. No. 35.) The First Amended Complaint removed various tort claims previously asserted by Plaintiff, replaced them with new claims, and added additional defendants. (Dkt. No. 35.)

5. The First Amended Complaint asserts claims for breach of contract, breach of fiduciary duty, unjust enrichment and equitable estoppel against Defendant UMG arising from an alleged failure to comply with a certain confidential settlement agreement (Dkt. No. 35).

6. However, each of Plaintiff's claims fail as a matter of law and should be dismissed with prejudice for the following reasons: (1) Plaintiff's claims are time-barred; (2) Plaintiff asserts a non-existent cause of action for "estoppel"; (3) Plaintiff fails to plead any fiduciary duty owed to him and fails to plead any basis for unjust enrichment separate from his contract claim; (4) and, Plaintiff fails to allege his own performance under the agreement he is seeking to enforce.

7. In the alternative, should the First Amended Complaint not be dismissed in its entirety, Plaintiff's requests for attorneys' fees and punitive damages should be stricken because Plaintiff identifies no statutory or contractual basis for fee shifting and he alleges no facts that could warrant an award of punitive damages.

WHEREFORE, Defendant asks that this Court grant its motion to dismiss the First Amended Complaint in its entirety, with prejudice, and in the alternative, strike his requests for attorneys' fees and punitive damages and grant such other and further relief as the Court deems just and proper.

Dated: August 28, 2019

Respectfully submitted,

By: */s/ Carrie A. Hall*
Carrie A. Hall (ARDC No. 6269884)
cahall@taftlaw.com
Lamis G. Eli (ARDC No. 6308955)
leli@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Tel: (312) 527-4000

By: */s/ M. Mona Simonian*
M. Mona Simonian (admitted *pro hac vice*)
msimonian@pryorcashman.com
Ross M. Bagley (admitted *pro hac vice*)
rbagley@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
*Attorneys for Defendant UMG Recordings, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on August 28, 2019, she caused to be electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system.

                                                  */s/ Carrie A. Hall*